


[redacted]

10000755560010 1.000057.04.05.000000